IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

    Plaintiff,                    No. 2:10-cv-02106 FCD KJN PS

    v.

THOMAS DEPNER, et al.,

    Defendants.              <u>ORDER TO SHOW CAUSE</u>

AND RELATED CASES[1]

Plaintiff is proceeding without counsel in this action.[2] A Status (Pretrial Scheduling) Conference ("scheduling conference") in this case was scheduled to take place before the undersigned on February 24, 2011, at 10:00 a.m., in Courtroom 25. (Order Setting

---

[1] On February 14, 2011, United States District Judge Frank C. Damrell, Jr. entered a Related Case Order that related, but did not consolidate, this case and the cases captioned <u>Louie v. Dialysis Clinic, Inc., et al.</u>, 2:10-cv-2113 FCD KJN (E.D. Cal.), and <u>Louie v. Dialysis Clinic, Inc., et al.</u>, 2:10-cv-2366 FCD KJN (E.D. Cal.). (<u>See</u> Related Case Order, Dkt. No. 13.)

[2] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Although counsel has appeared on plaintiff George S. Louie's behalf the related cases numbered 2:10-cv-2113 FCD KJN and 2:10-cv-2366 FCD KJN, counsel has not yet appeared on plaintiff's in the present action. Accordingly, plaintiff is proceeding pro se in this matter.

1

1  Status Conf. at 2, Dkt. No. 9.)  In violation of the court's Order Setting Status Conference,
2  plaintiff and defendants in this action failed to file a joint status report or separate status reports
3  in advance of the scheduling conference.  (Id. (""Not later than seven days prior to the Status
4  Conference, the parties shall file status reports . . . .").)  On February 24, 2011, the undersigned
5  called this matter during the civil law and motion, and none of the parties or their counsel
6  appeared.
7             Accordingly, IT IS HEREBY ORDERED that:
8             1.     Plaintiff and defendants shall show cause in writing, *on or before*
9  *March 3, 2011*, why they or their counsel failed to: (1) file status reports in advance of the Status
10  (Pretrial Scheduling) Conference conducted on February 24, 2011, and (2) appear at the Status
11  (Pretrial Scheduling) Conference conducted on February 24, 2011.  The parties may file either a
12  joint writing or separate writings in response to this Order To Show Cause.  Plaintiff, defendants,
13  and their respective counsel, if any, are reminded that the "[f]ailure of counsel or of a party to
14  comply with these Rules or with any order of the Court may be grounds for imposition by the
15  Court of any and all sanctions authorized by statute or Rule or within the inherent power of the
16  Court."  E. Dist. Local Rule 110.  Plaintiff is further directed to review this court's Local Rule
17  183(a), which provides:  "Any individual representing himself or herself without an attorney is
18  bound by the Federal Rules of Civil or Criminal Procedure, these Rules, and all other applicable
19  law.  All obligations placed on 'counsel' by these Rules apply to individuals appearing in propria
20  persona.  Failure to comply therewith may be ground for dismissal, judgment by default, or any
21  other sanction appropriate under these Rules."
22  ////
23  ////
24  ////
25  ////
26  ////

2.	The Clerk of Court is directed to file this order in the following, related matters: <u>Louie v. Dialysis Clinic, Inc., et al.</u>, 2:10-cv-2113 FCD KJN (E.D. Cal.), and <u>Louie v. Dialysis Clinic, Inc., et al.</u>, 2:10-cv-2366 FCD KJN (E.D. Cal.).

IT IS SO ORDERED.

DATED: February 24, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE